UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 2:00-cr-24-FtM-29DNF

CURTIS ALAN THOMAS

REVOCATION OF SUPERVISED RELEASE
AND JUDGMENT AND COMMITMENT

On April 19, 2002, Curtis Alan Thomas appeared before the Court for the charge of Conspiracy to Possess with Intent to Distribute a Cocaine Base and received a sentence imposing 78 Months' incarceration and a period of supervised release of Four (4) Years.

On November 28, 2006, the defendant, Curtis Alan Thomas, appeared before the Court with counsel Russell Rosenthal and counsel for the government, Jeffrey Michelland. After being advised of his rights, the defendant admitted the violations alleged in the Petition (Doc. #170) filed by Probation on June 15, 2006.

The Court finds, after hearing from counsel and the defendant, that the defendant has violated the terms of the Supervised Release for the reasons stated in the Petition.

It is, therefore, **ORDERED AND ADJUDGED:**

**The Petition (Doc. # 170) is GRANTED.**

1. Supervised Release is **REVOKED** and the defendant **CURTIS ALAN THOMAS** is hereby committed to the custody of the Bureau of Prisons for **IMPRISONMENT** for a period of **Six (6) Months**.

2. **Supervised Release** is revoked and **a term of Supervised Release of Two (2) Years Reimposed**.

3. Standard Conditions of Supervised Release as set forth in the Judgment & Commitment apply, plus the following conditions:

    1. The defendant shall participate in a substance abuse program (outpatient and/or

inpatient) approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency and shall follow the Probation Officer's instructions regarding the implementation of this condition. This program may include testing for the detection of substance use or abuse not to exceed 104 tests per year. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's sliding scale for Substance Abuse Treatment Services.

2. The defendant shall reside for a period of **Six Months in a Community Correctional Center** and shall observe the rules of that facility. The Court recommends this confinement be in a Tampa, Florida facility.

4. The defendant is hereby **REMANDED** to the custody of the United States Marshal Service to await designation of the facility.

5. The Court makes the following recommendations to the Bureau of Prisons:

**1. Incarceration in a facility close to home (Fort Myers, Florida).**

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this ___ day of November, 2006.

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record